MIKE SCHAEFER
849 Coast Blvd. CL303
La Jolla, Ca. 92037
Tel. 213 479-6006
oz.blueman@yahoo.com
*Plaintiff Pro Se*



FILED

SEP 2 1 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ĐM      DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SCHAEFER<br>Plaintiff | No. 23CV1451 JLS BLM |
| V. | **EX PARTE MOTION FOR ORDER RE: SUMMONS** |
| UNITED STATES OF AMERICA;<br>DONALD JOHN TRUMP<br>Judge | Court: Hon. Janis L. Sammartino, |
| Defendant | Courtroom: 4D |

PRELIMINARY:

On August 8, 2023 plaintiff MIKE SCHAFER filed action for

declaratory relief in this Court seeking to enforce the Disqualification Clause of the

US Constitution . This clause, found in the 14th Amendment, section 3, provides:

"No person shall hold any office under the United States who, having previously taken an oath as an officer of the United States to support the Constitution of the United States, shall have engaged in insurrection against the same, or given aid of comfort to the enemies thereof. Congress may by vote of 2/3 of each House, remove such disability"

Plaintiff's standing arises from his right to have a ballot listing only

1

candidates qualified under law to service in the Office, if elected by plaintiff and/or others.

The summons, complaint and service fees were sent to the Sheriff, Palm Beach County, Florida for prompt service upon defendant Trump at Mar-a-Lago Resort, 1100 S. Ocean Blvd., Palm Beach, FL. the residence and usual abode of said defendant.  Said Sheriff on 9/19/2023 advised by phone that two attempts were made by its office and each time defendant or those in charge of the residence *"refused to accept"* any documents, and that a court order is required as to how service is to be completed.  Said Sheriff is acting contrary to the law of California and of Florida, and the Federal rules accept service done pursuant to state law. Plaintiff makes Motion herein for the prompt resolution of this Court having charge of matter.  Proposed Order attached.

WHEREFORE, plaintiff moves for issuance of Order directing the Sheriff, Palm Beach County, Florida, to proceed without delay to serve defendant pursuant to applicable law.

Date: September 21, 2023                                      Respectfully,

                                                              MIKE SCHAEFER,
                                                              Plaintiff Pro Se


MEMORANDUM IN SUPPORT

I. CALIFORNIA LAW GOVERNS

2

Service of federal summons shall be made "in manner prescribed by law of the state in which the district court is held".

FRCP Rule 4(d)(7)

## II. IMMATERIAL THAT DEFENDANT "REFUSES SERVICE"

"A summons shall be served on a person outside the state but within the United States as provided in this Chapter.  The Court in which the action is pending may direct that summons be served served in a matter which is reasonably calculated to give actual notice to the party to be served.   If a copy of summons and complaint cannot with reasonable diligence be personally delivered to the person to be served, a summons may be served by leaving a copy of summons and complaint at such persons dwelling house in presence of person apparently in charge of his or her usual mailing address other than a USPS post office box with person at least 18 years of age who shall be informed of contents thereof,  and by thereafter mailing a copy by first class mail, prepaid, to the person to be served at the place where a copy of summons and complaint were left.   Service deemed complete on 10th day after mailing."

Cal. CCP sec. 413.10, 413.30, 415.20(2)

## III. FLORIDA RULES ARE SIMILAR;  THERE IS NO RIGHT TO 'REFUSE SERVICE'

"Service of original process is made by leaving copies at his or her abode with any person residing therein who is 15 years of age or older and informed by the person of their contents.   Service may be made on an individual doing business as the sole proprietor at his or her place of business during business hours by serving person in charge of the business at time of service if two attempts to serve the owner are made at place of business."

FL. STATUTES 2023:  48.031(1)(a), 48.031 (2)(b)

CONCLUSION:

There is no right to refuse service.  Even by former Presidents.

3

Whomever has authority to "refuse service" (as Sheriff reports has happened twice) is "person in charge". They can tear it up. Toss in trash. Does not matter. It is duty of Sheriff to present/leave it. Substituted service also effective 10 days after plaintiff mails a copy. He is also running a business out of his home. (Trump for President). If Trump does not appear in San Diego federal court within 21 days after service on 'in charge' or add ten days for mailing, he loses. And if a 2/3 vote of the House and Senate does not remove his disability, he's **out.**

WHEREFORE, plaintiff prays for ORDER RE: SERVICE, as submitted, or as modified.

Date: September 21, 2023

Respectfully,

MIKE SCHAEFER, Plaintiff Pro Se

VERIFICATION:

    Mike Schaefer, plaintiff herein, declares contents of motion to be true of his personal knowledge, he being competent to so testify if called upon to do so.

Executed 9/21/23 at La Jolla, CA.

4